UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CLERK'S DEFAULT

CASE NO14-cv-60123

**Roca Labs,  Inc.**

      Plaintiff(s),

v.

**Slava Krasnov**

      Defendant(s).

_____/

FILED by __yar__ D.C.

**Apr 21, 2014**

Steven M. Larimore
CLERK U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) **Slava Krasnov,** herein, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s), **Slava Krasnov**,   as of course, on this date April 21, 2014.

**STEVEN M. LARIMORE**
CLERK OF COURT


By: s/Yvette Y. Alexander
     Deputy Clerk


c:     Hon. Cecilia M. Altonaga
       Counsel of record
       16257 Lovett Pl.
       Encino, CA 91436