UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60123-CIV-ALTONAGA

**ROCA LABS, INC.**,

    Plaintiff,

vs.

**CENTURY SCIENCES, LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court at a hearing [ECF No. 24], held on May 6, 2014, regarding Defendant, Century Sciences, LLC's Motion to Dismiss . . . ("Motion to Dismiss") [ECF No. 15]; and Defendant, Slava Krasnov's Motion to Quash Service of Process . . . ("Motion to Quash") [ECF No. 16], both filed April 21, 2014. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendant, Slava Krasnov's Motion to Quash **[ECF No. 16]** is **GRANTED**. Defendant, Century Sciences, LLC shall file a reply to its Motion to Dismiss **[ECF No. 15]** within the time permitted by the Rules.

**DONE AND ORDERED** in Chambers at Miami, Florida this 6th day of May, 2014.

                                                                      */s/ Cecilia M. Altonaga*
                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT COURT**

cc:    counsel of record