IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-60123-ALTONAGA

ROCA LABS, INC.,

    Plaintiff,

vs.

SLAVA KRASNOV, ALLEN SMITH, and
CENTURY SCIENCES, LLC,

    Defendants.
_____/

**DEFENDANT'S STATUS REPORT REGARDING
TRADEMARK TRAIL AND APPEAL BOARD PROCEEDINGS
AND MIDDLE DISTRICT PROCEEDINGS**

Defendant CENTURY SCIENCES, LLC ("Century"), through undersigned counsel, and pursuant to this Court's Order staying this matter (DE 46), hereby files this Status Report regarding litigation between these same parties currently pending with the Trademark Trial and Appeal Board, entitled *Century Sciences, LLC vs. Roca Labs, Inc*., Cancellation Proceeding No. 92058136 ("TTAB"), and currently pending in the Middle District of Florida, entitled *Roca Labs, Inc. v. Century Sciences, LLC and Slava Krasnov,* Case Number 8:12-cv-02231-VMC-EAJ, and states as follows:

1. Defendant filed its Petitions to Cancel the following registrations of Plaintiff, on October 10, 2013:

    a. Gastric Bypass Effect, Registration No. 4,360,182;

    b. Gastric Bypass No Surgery, Registration No. 4,138,635;

    c. Natural Gastric Bypass, Registration No. 4,138,639;

    d. Gastric Bypass Surgery Alternative, Registration No. 4,374,938;

   e. Gastric Bypass Results, Registration No. 4,363,486; and

   f. Gastric Bypass Alternative, Registration No. 4,298,297.

2. Some of the envelopes containing the initial Petitions to Cancel that were served on Roca Labs were returned to sender. The same occurred with the initial notice of due dates sent to Roca Labs by the Trademark Trial and Appeal Board.

3. Century Sciences filed its Amended Petitions to Cancel the same registrations on November 26, 2013.

4. In a Notice dated December 24, 2013, the Trademark Trial and Appeal Board stated the notice instituting the proceeding and the petitions to cancel were forwarded to Roca Labs but were returned by the Postal Service as undeliverable. The Trademark Trial and Appeal Board further acknowledged the Amended Petitions to Cancel in said Notice and Order, and provided the deadline for Roca Labs to file its Answer to the Amended Petitions on or before January 22, 2014.

5. On January 22, 2014, Roca Labs filed a request for a 30-day extension of time to file a responsive pleading in the TTAB.

6. Plaintiff filed its Answer in the TTAB on February 22, 2014.

7. The TTAB granted Plaintiff's request for the extension as conceded and issued a notice on February 28, 2014, resetting the due dates as follows:

  Deadline for Discovery Conference………………………….….3/23/2014

  Discovery Opens…………………………………………………..3/23/2014

  Initial Disclosures Due………………...……………….………..4/22/2014

  Expert Disclosures Due…………………….…………..………….8/20/2014

  Discovery Closes………………………………………...……………9/19/2014

  Plaintiff's Pretrial Disclosures ........................................................11/3/2014

        Plaintiff's 30-Day Trial Period Ends.................................................12/18/2014

        Defendant's Pretrial Disclosures............................................................1/2/2015

        Defendant's 30-Day Trial Period Ends ...............................................2/16/2015

        Plaintiff's Rebuttal Disclosures...........................................................3/3/2015

        Plaintiff's 15-Day Rebuttal Period Ends..............................................4/2/2015

8. The Middle District matter was stayed with the consent of Plaintiff on November 5, 2013, pending the outcome of the TTAB proceedings and remains stayed.

9. On January 17, 2014, Plaintiff filed a Complaint in the Southern District against the same defendants alleging one count of cybersquatting, for Defendants allegedly violating Roca's trademark "Gastric Bypass Effect" (one of the same trademarks at issue in the case before this Middle District Court and one of the trademarks Defendants are seeking to cancel in the Trademark Trial and Appeal Board proceedings discussed hereinabove).

10. Defendant moved to dismiss or stay this litigation and the Court entered an order staying this case on June 16, 2014, pending the outcomes of the above-referenced TTAB and Middle District cases. (DE 46).

11. Defendant, Century Sciences, substituted in new counsel in the TTAB proceeding on June 30, 2014.  Counsel for Defendant filed a motion for extension of the discovery deadline on July 11, 2014, in  which Defendant requested an extension of the discovery deadline from September 19, 2014, to December 19, 2014, and requested tjat other deadlines be extended accordingly.  Defendant filed its motion on the basis that: (1) Plaintiff, Roca Labs, Inc., has not yet filed its initial disclosures which were due on April 22, 2014; (2) Roca Labs had filed the instant suit against Defendant which diverted the efforts of both parties leaving no time to conduct discovery in the TTAB; and, (3) the TTAB matter is complex and time consuming in that it involves the cancellation of six marks on multiple grounds requiring an extensive amount

of analysis.  The TTAB has not yet ruled on this motion, and the deadlines remain the same as of the time of filing this Status Report.  Accordingly, Defendant has commenced conducting discovery in the TTAB proceeding not withstanding its request for additional time to do so.

Respectfully Submitted,

**ANDERSON LAW GROUP**

/s/ Daniel W. Anderson
Daniel W. Anderson, Esq.
 Florida Bar No.: 490873
13577 Feather Sound Dr., Suite 500
Clearwater, FL 33762
Telephone: (727) 329-1999
 Facsimile: (727) 329-1499
Email:  danderson@floridalawpartners.com
 Email: eserve@floridalawpartners.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 15, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice to all counsel of record:

Stanford R. Solomon, Esq.
Blake J. Fredrickson, Esq.
Gabriel D. Pinilla, Esq.
1881 W. Kennedy Boulevard
Tampa, FL 22505
ssolomon@solomonlaw.com
bfredrickson@solomonlaw.com
gpinilla@solomonlaw.com

/s/ Daniel W. Anderson
Daniel W. Anderson, Esq.
Florida Bar No.: 490873

4